NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30063
20-APR-2012
09:07 AM**

NO. 30063

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee, v.
VISAY PASEUTH, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 08-1-1594)

ORDER APPROVING DEFENDANT-APPELLANT'S WITHDRAWAL OF APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the Withdrawal of Appeal filed by Defendant-Appellant Visay Paseuth, the papers in support, and the records and files herein, it appears that: (1) Appellant called his attorney stating that Appellant no longer wanted to continue the appeal; and (2) Appellant signed the Withdrawal of Appeal indicating that he discussed the matter with his attorney, he understands what withdrawal means and he agrees to withdraw the appeal. Therefore,

IT IS HEREBY ORDERED that the Withdrawal of Appeal is approved and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, April 20, 2012.


Presiding Judge

Associate Judge

Associate Judge